RUSKIN MOSCOU FALTISCHEK, P.C.
Mark S. Mulholland
John A. DeMaro
Robert F. Regan
Sean P. Greene
Attorney for the Petitioning Creditors
1425 RexCorp Plaza
Uniondale, New York 11556
(516) 663-6600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:  CHAPTER 7

AGAPE WORLD, INC.,  Case No. 8-09-70660 (DTE)

                Involuntary Debtor,

---------------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon reading and filing of the Petitioning Creditors' Motion for the emergency appointment of a Chapter 7 Trustee, (the "Motion"), the declaration of Mark S. Mulholland, sworn to on February 9, 2009 and it appearing that notice of the presentment of this order was given telephonically to the attorney for the senior officer of the Involuntary Debtor, as well as all parties listed on the attached service list, due deliberation having been had thereon, no previous request for relief having been made, and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that Involuntary Debtor, Agape World, Inc. ("Debtor"), or its attorneys show cause before this Court at the Courthouse located at 100 Federal Plaza, Central Islip, New York, on the ___ day of February, 2009, at _____ __.m., or as

soon thereafter as counsel can be heard, why an order should not issue: (i) appointing an Interim Chapter 7 Trustee pursuant to 11 U.S.C. § 303(g) and Bankruptcy Rule 2001; (ii) scheduling a hearing on the appointment of a Chapter 7 Trustee on a permanent basis; and (iii) enjoining Debtor and all other persons from transferring, conveying, selling, disposing or encumbering any property of Debtor pursuant to 11 U.S.C. §§ 105 and 303(f) & Fed. R. of Bankruptcy Procedure 4001; and (b) for such other relief as this Court may deem just and proper; and it is further

**ORDERED**, that pending the hearing and determination of the Motion, Debtor and all other persons acting under actual or apparent authority thereof are hereby temporarily restrained and enjoined from transferring, conveying, selling, disposing, or encumbering any property of Debtor until further order of this Court; and it is further

**ORDERED**, that upon the appointment of the Trustee, the Trustee shall compile a list of all of Debtor's creditors and provide notice of the within proceedings to all such creditors; and it is further

**ORDERED** that service of a copy of this Order shall be deemed good and sufficient service hereof if personally served on the parties listed on the attached service list; and it is further

**ORDERED**, that answering papers to the Motion shall be filed through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182). The objection shall be served in accordance with General Order M-182 or by first-class mail so as to be received no later than ____ p.m. on February ___, 2009, by the Petitioning Creditors' attorney, Ruskin Moscou Faltischek, P.C., 1425 RexCorp Plaza, East Tower, 15th Floor, Uniondale, New York 11556-1425, Attention: Mark S. Mulholland, Esq. and John A. DeMaro, Esq., with a copy to the chambers of the undersigned Judge.

Dated: Central Islip, New York
      February___, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

443188

## SERVICE LIST

TO: AGAPE WORLD, INC.
150 Motor Parkway, Suite 106
Hauppauge, New York 11788
(877) 390-4813

UNITED STATES TRUSTEE
Christine Black
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, New York 11722-4437
(631) 715-7792

NICHOLAS COSMO
c/o LAW OFFICES OF MURRAY RICHMAN
Stacey Richman, Esq.
2027 Williamsbridge Road, 3rd Floor
Bronx, New York 10461
(718) 892-8588

U.S. POSTAL INSPECTION SERVICE
Richard Cinnamo
185 West John Street
Hicksville, New York 11802
(516) 433-0952

U.S. COMMODITY FUTURES TRADING COMMISSION
Lenel Hickson
Catherine Braxton
Eastern Regional Office
Division of Enforcement
140 Broadway, 19th Floor
New York, New York 10005
(646) 746-9747

United States Attorney's Office, E.D.N.Y.
Grace M. Cucchissi
271 Cadman Plaza East
Brooklyn, New York 11201
(631) 715-7846