UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
-----------------------------------------------------------X
In re:

                        Chapter 7 - Involuntary
AGAPE WORLD, INC.                 Case No. 09-70660 (DTE)

        Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING TRUSTEE'S RETENTION OF THE GARDEN CITY GROUP, INC. AS NOTICING AND CLAIMS AGENT FOR THE DEBTOR'S ESTATE

Upon the application dated March **9**, 2009 (the "Application") of Kenneth P. Silverman, Esq., as the interim chapter 7 trustee (the "Trustee") of the estate of Agape World, Inc. (the "Debtor"), by his counsel SilvermanAcampora LLP, seeking the entry of an order pursuant to section 105 of title 11, United States Code 28 U.S.C. §156(c), and Rule 2002 of the Federal Rules of Bankruptcy Procedure authorizing the Trustee's retention of The Garden City Group, Inc. ("GCG") as noticing and claims agent for the Debtor's estate; the Court having reviewed the Application and the affidavit of Jeffrey S. Stein, Vice President of GCG, and the Court having determined that the legal and factual bases set forth in the Application and Stein Affidavit establish just cause for the requested relief, it is

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that the Trustee is authorized to retain GCG as the noticing and claims agent in the Debtor's chapter 7 case pursuant to the terms of the Application and the Agreement with GCG annexed as Exhibit "A" to the Application; and it is further

RED/D279813v/F056601

**ORDERED,** that the Trustee is authorized, empowered, and directed to do such things, execute such documents, and expend such funds as are necessary to implement the terms and the conditions of this Order.

Dated: Central Islip, New York
      March *12*, 2009

                                     *s/Dorothy Eisenberg*
                                     Dorothy T. Eisenberg
                                     United States Bankruptcy Judge

Dated: Central Islip, New York
      March 10, 2009

**NO OBJECTION:**

*s/ Alfred M. Dimino*
Office of the United States Trustee