NY Eastern Bankruptcy Court
Central Islip Divisional Office
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2010 MAR 11 A 11: 24

RECEIVED

To Whom It May Concern:

I am writing this letter to inform the court that I am a creditor of Agape World Inc Case # 0970660-478. My total investment was $90,000.00 and my contact information is as follows:

RoseMarie Comando
200 Hilton Avenue
Unit 36
Hempstead NY 11550
516-489-0986
516-729-4141


Thank You

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
290 FEDERAL PLAZA
P.O. BOX 9013
CENTRAL ISLIP, NEW YORK 11722-9013

Re: In re Agape World Inc Case Number 809-70660-478

To whom it may concern:

The United States Bankruptcy Court for the Eastern District of New York has received your letter concerning the above referenced debtor. Please be advised that the Court does not operate by letter. If you wish to file a proof of claim against the debtor's Chapter 7 estate, please complete the attached Proof of Claim form (Official Form 10). The form can also be obtained at www.uscourts.gov/bankform.

The completed Proof of Claim form should be filed with the Court. A proof of claim may be filed over the internet, on CD-ROM, on diskette or in paper form. To file a proof of claim by mail or by hand, the address is:

Clerk of the Court
U.S. Bankruptcy Court, E.D.N.Y.
Long Island Federal Courthouse
290 Federal Plaza
P.O. Box 9013
Central Islip, New York 11722-9013

To file a proof of claim over the internet, you must be an Electronic Case Filing ("ECF") account holder. If you are not a current ECF account holder and wish to obtain a Limited Access Creditor Password to file a proof of claim, you must complete the application located at http://www.nyeb.uscourts.gov/ecf_claim_cr_info.html. Proofs of claim will be deemed filed only when filed over the internet or received by the Court.