UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP

---------------------------------------------------------------x
In re:

     AGAPE WORLD, INC.,

                  Debtor.
---------------------------------------------------------------x

Chapter 7
Case No. 09-70660 (DTE)

## ORDER ESTABLISHING LAST DAY FOR FILING PROOFS OF GAP PERIOD CLAIMS OR INTERESTS AND DESIGNATING FORM AND MANNER OF NOTICE

     Upon the application of Kenneth P. Silverman, Esq., the interim Chapter 7 Trustee (the "Trustee") of Agape World, Inc. (the "Debtor"), by his attorneys, SilvermanAcampora LLP, seeking the entry of an order pursuant to §§105, 501 and 502 of the United States Code (the "Bankruptcy Code") and Rules 3001, et seq., of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") fixing a last day for the filing of proofs of gap period claims or interests against the Debtor's estate, and upon notice to all creditors and parties in interest, and no adverse interest being represented, and after due deliberation and consideration, and sufficient cause appearing therefor, and no additional notice being required except as set forth herein, and it appearing that: (i) §§105, 501 and 502 of the Bankruptcy Code and Rules 3001, et seq., of the Bankruptcy Rules by which all claims and interests which arose on or after February 5, 2009, the date on which the involuntary Chapter 7 proceeding was filed against the Debtor, up through and including, March 3, 2009, the last day before the Order for Relief was entered in this case, must be asserted against the Debtor or the estate or be forever barred, is necessary for the prompt and efficient administration of this Chapter 7 case, as well as to protect the interests of the Debtor, the estate, creditors, stockholders and other parties in interest herein, and (ii) notification of the relief granted by this Order, in the manner proposed by the Trustee as set forth herein, is fair and reasonable and will provide good, sufficient and proper notice to all creditors and interested parties of their rights and obligations in connection with claims and interests they may have against the Debtor during the administration of the involuntary Chapter 7 case;

**NOW, THEREFORE,** it is hereby

**ORDERED**, that pursuant to Bankruptcy Code §§105, 501 and 502 and Bankruptcy Rules 3001, et seq., and in accordance with '156(c) of Title 28 of the United States Code, and except as otherwise provided herein, each person or entity, including each individual, partnership, joint venture, corporation, estate, trust, and governmental unit, that asserts a claim as defined in '101(5) of the Bankruptcy Code, against the Debtor, which claim arose on or after February 5, 2009, the date on which the involuntary Chapter 7 proceeding was filed against the Debtor, up through and including, March 3, 2009, the last day before the Order for Relief was entered in this case, shall file a proof of such claim on or before _____, 2009, in a form substantially similar to the Proof of Claim form in Official Bankruptcy Form No. 10, by mailing same by first class mail to: Agape World, Inc. Bankruptcy Administration, c/o The Garden City Group, Inc., PO Box 9358, Dublin, OH, 43017-4258, or by hand or overnight courier to: Agape World, Inc. Bankruptcy Administration, c/o The Garden City Group, Inc., 5151 Blazer Parkway, Suite A, Dublin, OH, 43017; and such proofs of claim shall be deemed filed when actually received by The Garden City Group, Inc.; and, it is further

**ORDERED**, that the following persons or entities are <u>not</u> required to file a proof of claim on or prior to the Bar Date:

(a)     any person or entity that has already filed a proof of claim against the Debtor with The Garden City Group;

and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 3001, each proof of claim to be filed pursuant to this order shall: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) set forth a brief explanation of the basis of such claim; and (iv) shall be in a form substantially similar to the Proof of Claim form in Official Bankruptcy Form No. 10; and, it is further

**ORDERED**, that pursuant to Bankruptcy Rules 3001, et seq., any person or entity that is

required to file a timely proof of claim in the form and manner specified by this order and fails to do so on or before _____, 2009 shall not, with respect to such claim, be treated as a creditor of the Debtor for the purposes of payment or distribution with respect to such claim and shall be forever barred from asserting such claim against the Debtor to or from any successors to the Debtor; and, it is further

**ORDERED**, that a notice of the entry of this Order, substantially in the form of notice annexed to the application as Exhibit "A" , which notice is hereby approved in all respects, shall be deemed good, adequate and sufficient if it is served by being deposited in the United States mail, first class mail and postage prepaid, on or before _____, 2009 upon: as of the date of this Order, (a) all persons or entities currently known to the Trustee that may have a claim against the estate; (b) all persons or entities that have filed notices of appearance in this case pursuant to Bankruptcy Rule 2002; (c) the principal of the Debtor; (d) the principal of the Debtor's counsel (e) the Office of the United States Trustee; and (f) federal and state taxing authorities, and, it is further

**ORDERED**, that the Trustee be, and he hereby is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

Dated: Central Islip, New York
      March \_\_, 2009

                                        UNITED STATES BANKRUPTCY JUDGE