**SILVERMANACAMPORA LLP**
Counsel to Kenneth P. Silverman, Esq.,
Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Rachael E. Dioguardi, Esq.

**Hearing Date: May 26, 2009**
**Time: 10:00 a.m.**

**Objections Due: May 20, 2009**
**Time: 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
-----------------------------------------------------------X

In re:

AGAPE WORLD, INC.,
AGAPE MERCHANT ADVANCE LLC,
AGAPE COMMUNITY LLC, AGAPE
CONSTRUCTION MANAGEMENT LLC,
AGAPE WORLD BRIDGES LLC, AND
114 PARKWAY DRIVE SOUTH LLC,

                          Debtors.
-----------------------------------------------------------X

Chapter 7
Case No. 09-70660 (DTE)
Substantively Consolidated

**NOTICE OF TRUSTEE'S MOTION UNDER BANKRUPTCY CODE §363 SEEKING ENTRY OF AN ORDER (I) AUTHORIZING THE SALE OF THE DEBTORS' REAL PROPERTY, LOCATED AT, AND KNOWN AS, 114 PARKWAY DRIVE, SOUTH, HAUPPAUGE, NEW YORK, FREE AND CLEAR OF ALL LIEN, CLAIMS AND ENCUMBRANCES, TO COASTAL SPORTS LLC, SUBJECT TO HIGHER OR BETTER OFFERS TENDERED AT A PUBLIC AUCTION; (II) APPROVING THE TERMS AND CONDITIONS AND NOTICE OF SALE AND (II) APPROVING PAYMENT OF AN EXPENSE REIMBURSEMENT TO COASTAL SPORTS LLC IN THE EVENT IT IS NOT THE SUCCESSFUL BIDDER AT THE AUCTION**

      **PLEASE TAKE NOTICE**, that upon the application (the "Motion") of Kenneth P. Silverman, Esq., the chapter 7 trustee of the substantively consolidated estate of Agape World, Inc., *et al.*, by his counsel, SilvermanAcampora LLP, the Trustee will move before the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, located at 290 Federal Plaza, Central Islip, New York on **May 26, 2009 at 10:00 a.m.** (the "Hearing") for an Order: ((i) authorizing the sale of the Debtors' real property located at, and known as, 114 Parkway Drive South, Hauppauge, New York, free and clear of all liens, claims and encumbrances and security interests of record of whatever kind or nature (the "Liens") with such Liens, if any, to attach to the proceeds of such sale in the validity, extent and priority as they

presently exist, to Coastal Sports LLC for $3,000,000, subject to higher or better offers tendered at a public auction currently scheduled for June 4, 2009; (ii) approving the Terms and Conditions of Sale, and (iii) approving payment of an expense reimbursement to Coastal Sports LLC in the event it is not the successful bidder at the auction, and such other and further relief as this Court deems just and proper (the "Application"). A copy of the proposed Order is attached to this Notice.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion or the proposed Order must be (i) electronically filed with the Bankruptcy Court; (ii) delivered to Chambers of the Honorable Dorothy T. Eisenberg; and (iii) served upon SilvermanAcampora LLP, to be received no later than **4:00 p.m. on May 20, 2009**, at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Ronald J. Friedman, Esq.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: Jericho, New York
    May 15, 2009

**SILVERMANACAMPORA LLP**
Attorneys for Kenneth P. Silverman, Esq.,
The Chapter 7 Trustee

By:   s/ Ronald J. Friedman
       Ronald J. Friedman
       A Member of the Firm
       100 Jericho Quadrangle, Suite 300
       Jericho, New York 11753
       (516) 479-6300