**SILVERMANACAMPORA LLP**
Counsel to Kenneth P. Silverman, Esq.,
The Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Rachael E. Dioguardi, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
----------------------------------------------------------x
In re:

AGAPE WORLD, INC.,
AGAPE MERCHANT ADVANCE LLC,
AGAPE COMMUNITY LLC, AGAPE
CONSTRUCTION MANAGEMENT LLC,
AGAPE WORLD BRIDGES LLC, AND
114 PARKWAY DRIVE SOUTH LLC,

                        Debtors.
----------------------------------------------------------x

Chapter 7
Case No. 09-70660 (DTE)
Substantively Consolidated

**ORDER (I) APPROVING THE PUBLIC SALE OF THE DEBTORS'
REAL PROPERTY LOCATED AT, AND KNOWN AS, 114 PARKWAY
DRIVE SOUTH, HAUPPAUGE, NEW YORK, SUBJECT TO HIGHER AND
BETTER OFFERS, (II) AUTHORIZING THE TRUSTEE'S SALE OF THE
DEBTORS' REAL PROPERTY TO COASTAL SPORTS LLC, PURSUANT
TO BANKRUPTCY CODE §363, AND (III) GRANTING RELATED RELIEF**

Upon the Notice of Presentment and motion dated June 10, 2009, of Kenneth P. Silverman, Esq., the Chapter 7 Trustee (the "Trustee") of the substantively consolidated estate of Agape World, Inc., *et al.* (the "Application") seeking entry of an Order (i) approving Public Sale of the Real Property located at, and known as, 114 Parkway Drive South, Hauppauge, New York (the "Real Property"), (ii) authorizing the Trustee's sale of the Real Property to Coastal Sports, LLC ("Coastal"), free and clear of all liens, claims, judgments, encumbrances and security interests of record of whatever kind or nature (the "Liens") with such Liens, if any, to attach to the proceeds of such sale in the priority and validity as they presently exist pursuant to §§105 and 363 of title 11 of the United States Code (the "Bankruptcy Code"), and (iii) granting such other and further relief as is just and proper (the "Sale Application"); and upon the entry of the April 28, 2009 Order of the Court authorizing the retention of David R. Maltz & Co., Inc., as the broker for the estate to sell the Real

Property; and upon the Notice to Creditors and Other Parties in Interest of Trustee's Intended Sale dated April 14, 2009 (the "Notice of Sale"); and upon the May 26, 2009 hearing held before the Court on the Trustee's motion for authorization to sell the Real Property to Coastal and approving the Terms and Conditions of Sale (the "Sale Application") incorporated herein by reference; and upon the entry of the May 27, 2009 Order of the Court approving the Sale Application; and upon the public sale of the Real Property having been held on June 4, 2009 at 11:00 a.m. (the "Public Sale"); and upon the terms and conditions of sale promulgated in connection with the Sale of the Real Property; and upon the executed Terms and Conditions of Sale and Memorandum of Sale annexed to the Application as **Exhibit A**; and upon the Affidavits of Service of the Application, Notice of Sale and Sale Application, on file with the Clerk of the Court; and Coastal having submitted the highest and best offer for the Real Property in the sum of $3,400,000; and it being in the best interests of the estate and its creditors, it is hereby

**ORDERED**, that the Public Sale is approved; and it is further

**ORDERED**, that the Trustee is authorized and empowered to sell the Real Property to Coastal, for the sum of $3,400,000, in accordance with the Terms and Conditions of Sale and Memorandum of Sale annexed to the Application as Exhibit A, free and clear of all Liens with such Liens, if any, to attach to the proceeds of such sale in the priority and validity as they presently exist; and it is further

**ORDERED**, that the proceeds from the sale of the Real Property shall be held by the Trustee pending further order of this Court, except that subsequent to closing the Trustee may remit payment to satisfy the Liens against the Real Property; and it is further

**ORDERED**, pursuant to the Terms and Conditions of Sale, the Trustee shall retain title to the Real Property, up to and including, the closing on the title to the Real Property;

**ORDERED**, if Coastal, fully performs under the Terms and Conditions of Sale at any time on or after the entry of this Order, then, the Trustee shall transfer title to the Real Property to

Coastal, pursuant to the Terms and Conditions of Sale;

**ORDERED**, if Coastal, fully performs under the Terms and Conditions of Sale at any time on or after the entry of this Order, then, with respect to the Trustee's sale of the Real Property, Coastal, shall be entitled to the protection of 11 U.S.C. §363(m) as set forth in this Order or any authorization contained herein in its entirety on appeal and the purchase by Coastal, constitutes a purchase in good faith for fair value within the meaning of 11 U.S.C. §363(m); and it is further

**ORDERED**, that the sale approved by this Order is not subject to avoidance, pursuant to 11 U.S.C. §363(n); and it is further

**ORDERED,** that in accordance with Federal Rule of Bankruptcy Procedure 8005, notwithstanding Federal Rules of Bankruptcy Procedure 6004(g) and 7062, this Order shall be effective and enforceable immediately upon entry by the Court; and it is further

**ORDERED**, that notice of the Application was provided to (i) the former principal of the Debtors, (ii) criminal counsel to the former principal of the Debtors, (iii) the Office of the United States Trustee, (iv) counsel to Coastal Sports, LLC, (v) all entities having filed a Lien against the Real Property and their counsel, if known, and (vi) all entities that have properly served and filed Notices of Appearance in the Debtors' case, is deemed good and sufficient service and no further notice of the relief provided for herein is necessary or required; and it is further

**ORDERED**, that the Trustee be, and hereby is, authorized to do such things and execute such documents and expend such funds as may be necessary to effectuate the terms and conditions of this Order.

Dated: Central Islip, New York
       June **22**, 2009

                                        *s/Dorothy Eisenberg*
                                        Honorable Dorothy T. Eisenberg
                                        United States Bankruptcy Judge