UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
----------------------------------------------------------------x
In re:                                                          Chapter 7
                                                                Case No. 09-70660 (DTE)
AGAPE WORLD, INC.,  *et al.*,                                   Substantively Consolidated

                            Debtors.
----------------------------------------------------------------x

## ORDER DIRECTING THE EXAMINATION OF AND PRODUCTION
## OF DOCUMENTS BY SURINDER VIRK, UNDER
## <u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004</u>

Upon the application (the "Application") of Kenneth P. Silverman, Esq., the Chapter 7

trustee (the "Trustee") of the substantively consolidated bankruptcy estate of Agape World, Inc.,

*et al.* (the "Debtors"), by his counsel, SilvermanAcampora LLP, seeking the entry of an order

pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2004")

authorizing and directing the examination of and production and turn over of documents by

Surinder Virk (the "Witness"), as more particularly set forth in this Order and the Application, and

sufficient cause appearing therefor, and it appearing that entry of this Order is in the best

interests of the Debtors' estate, and no adverse interest appearing; it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 2004, the Application is hereby approved;

and it is further

**ORDERED**, that the Witness is directed to appear for examination at the offices of

SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, on

fourteen (14) days written notice and that SilvermanAcampora LLP is authorized to issue a

subpoena, substantially in the form as that annexed to the Application as **Exhibit "A"**, and that

this Order and document production request shall accompany the service of the subpoena upon

the Witness; and it is further

**ORDERED**, that the examination of the Witness is to continue from day to day until

completed; and it is further

**ORDERED**, that the Witness is directed to produce for examination and inspection, at the offices of SilvermanAcampora LLP, at least ten (10) days prior to the scheduled examination as set forth in the subpoena, the following documents:

    a. copies of all documents pertaining to the Debtors or Nicholas Cosmo, including but not limited to copies of checks, wire transfers, account statements, invoices, bills of lading, delivery tickets, correspondence (including e-mail correspondence), contracts, loan agreements, etc., whether maintained in the form of paper records, electronic format, or otherwise; and

    b. copies of any and all other books and records that refer, relate to, or otherwise concern the Debtors or Nicholas Cosmo.

**ORDERED,** that service of a copy of this Order and the subpoena upon the Witness at the Witness' last known address at 18 Texas Court, Syosset, New York, 11791, by Federal Express, be deemed good and sufficient notice and service of this Order and subpoena; and it is further

**ORDERED**, that the Trustee is authorized and approved to do such things, execute such documents, and expend such funds as may be necessary and consistent with this Order.

Dated: Central Islip, New York
      August *12*, 2009

                  *s/ Dorothy Eisenberg*
                  HONORABLE DOROTHY T. EISENBERG
                  United States Bankruptcy Judge